IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY WILEY,<br><br>               Plaintiff,<br><br>vs.<br><br>ROSETTA MCALLISTER, RN;<br><br>               Defendant. | **8:20CV265**<br><br>**ORDER** |

      Plaintiff has filed a motion seeking appointment of counsel. However, "[i]ndigent civil litigants do not have a constitutional or statutory right to appointed counsel. The trial court has broad discretion to decide whether both the plaintiff and the court will benefit from the appointment of counsel[.]" *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996). No such benefit is apparent here at this time. Accordingly, the request for the appointment of counsel (Filing No. 21) is denied without prejudice to reassertion.

      **IT IS SO ORDERED.**

      Dated this 8th day of January, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge