IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY CARROLL,<br><br>        Plaintiff,<br><br>vs.<br><br>ROSETTA MCALLISTER, RN;<br><br>        Defendant. | 8:20CV265<br><br>**ORDER** |

Defendants have requested leave to take the deposition of Plaintiff Timothy Carroll, who is currently an involuntarily committed patient at the Norfolk Regional Center, by remote means. (Filing No. 35.)  The motion is granted.  Defendant may notice and take the deposition of the Plaintiff, a confined person, by remote videoconferencing means.

**IT IS SO ORDERED.**

Dated this 21st day of April, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge